No. 72–6539. FIORINI *v.* WAYNE CIRCUIT JUDGE. Sup. Ct. Mich. Motion to strike respondent's memorandum denied. Certiorari and other relief denied.

No. 72–6931. LAWRENCE GAY LIBERATION FRONT ET AL. *v.* UNIVERSITY OF KANSAS ET AL. C. A. 10th Cir. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari denied.